BTXN 094 (rev. 5/04)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: Strand Lighting, LLC

Debtor(s)

Case No.: 22-31223-7

## VERIFICATION OF MAILING LIST

The Debtor(s) certifies that the attached mailing list (*only one option may be selected per form*):

- ■ is the first mail matrix in this case.
- ☐ adds entities not listed on previously filed mailing list(s).
- ☐ changes or corrects name(s) and address(es) on previously filed mailing list(s).
- ☐ deletes name(s) and address(es) on previously filed mailing list(s).

In accordance with N.D. TX L.B.R. 1007.1, the above named Debtor(s) hereby verifies that the attached list of creditors is true and correct.

_07/11/2022_
Date

_/s/ J. Seth Moore_
Signature of Attorney (if applicable)

_Anthony D. Smith_
Signature of Debtor
*Designated Officer*

_6695_
Debtor's Social Security *(last four digits only)* /Tax ID No.

_____
Signature of Joint Debtor (if applicable)

_____
Joint Debtor's Social Security *(last four digits only)* /Tax ID No.

Stephen Ried
c/o Weitz & Luxenberg
700 Broadway
New York NY 10003

Richard M. Larocca
c/o Weitz & Luxenberg
700 Broadway
New York NY 10003

Thomas Darenberg
c/o Weitz & Luxenberg
700 Broadway
New York NY 10003

Barry & Elizabeth Etheridge
c/o Dalton & Associates PA Balick & Balick, LLC
Cool Spring Meeting House
1106 West Tenth Street
Wilmington DE 19806

Michael & June Savianeso
c/o Weitz & Luxenberg
700 Broadway
New York NY 10003

James & Holly Witte
c/o Weitz & Luxenberg
700 Broadway
New York NY 10003


Donald & Helen Davidson
c/o The Early Law Firm
360 Lexington Ave
New York NY 10017

Tad Inferrera
c/o The Frost Law Firm
273 West 7th Street
San Pedro, CA 90731

Cristobal Dieguez
c/o Weitz & Luxenberg
700 Broadway
New York NY 10003

Jay Turner
c/o Weitz & Luxenberg
700 Broadway
New York  NY 10003

Joseph Dilorenzo
c/o Weitz & Luxenberg
700 Broadway
New York  NY 10003

Thelma Massey
c/o Keller, Fishback & Jackson, LLP
28720 Canwood Street Suite 200
Agora Hills, CA 91301

Steve Schwan
c/o Belluck & Fox
546 5th Ave 5th floor
New York NY 10036

Bennet Silver
c/o Weitz & Luxenberg
700 Broadway
New York NY 10003

David Rody
c/o Simon Greenstone Panatier, PC
3780 Kilroy Airport Way Suite 540
Long Beach CA 90806

Jacobs-Furey, Marilyn (Peter Engel, as Executor)
c/o Belluck & Fox
546 5th Ave 5th floor
New York NY 10036

Kheara Dai Beharry-Meiners
c/o Weitz & Luxenberg
700 Broadway
New York NY 10003

Bari Dahan
c/o Belluck & Fox
546 5th Ave 5th floor
New York NY 10036

John & Helen Ras
c/o Weitz & Luxenberg
700 Broadway
New York NY 10003

John A. Gurley
c/o Simon Hanly Conroy
100 N. Pacific Coast Highway Suite 1350
El Segundo CA 90245

McKinnon, Frederick
c/o Belluck & Fox
546 5th Ave 5th floor
New York NY 10036

Genlyte Thomas Group, LLC
400 Crossing Blvd Suite 600
Bridgewater Township, NJ 08807

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346